UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker**,

     Plaintiff,

v.

**Kwi Kim**

         Defendant.

Case: No.4:21-CV-03833-HSG

**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.  The deadline to hold a joint site inspection of the premises shall be extended to and including September 16, 2021.
2.  All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: ___8/9/2021___

HONORABLE HAYWOOD S. GILLIAM, Jr.
UNITED STATES DISTRICT JUDGE

1